FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

APR 2 3 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 15-30061-DRH |
| ANTHONY JOHNSON, | ) Title 18, United States Code, |
| | ) Sections 1791(a)(2) and (b)(1) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about September 28, 2014, in Bond County, within the Southern District of Illinois,

**ANTHONY JOHNSON,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a narcotic drug, namely heroin; all in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(1).

A TRUE BILL

FOREPERSON

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_[signature]_
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond:   Detention.