IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANTHONY JOHNSON, )<br>)<br>Defendant. ) | CRIMINAL NO. 15-30061-DRH |

## GOVERNMENT'S NOTICE OF FACTUAL BASIS FOR THE GUILTY PLEA

It is the Government's position that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On September 28, 2014, Defendant Anthony Johnson was an inmate at the Federal Correctional Institution at Greenville, Illinois, (hereinafter "FCI-Greenville"), in Bond County, within the Southern District of Illinois.

2. On the above date, an officer monitoring the visiting room observed the defendant swallow an unknown object. Based on this behavior, the defendant was immediately placed in a dry cell after his visit ended so that his bowel movements could be monitored.

3. On October 1, 2014, the defendant defecated out one (1) balloon which contained a white powdery substance. The substance found in the balloon field tested positive for heroin. The controlled substance was sent to a laboratory where it was confirmed to be heroin with an approximate weight of 1.1 grams.

4. Heroin is a prohibited object for a federal inmate to possess.

5. This notice of factual basis is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/ *Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL    62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:    Angela.Scott@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 15-30061-DRH |
| vs. ) | |
| ) | |
| ANTHONY JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2015, I electronically filed the **Government's Notice of Factual Basis for the Guilty Plea** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

AFPD Todd Schultz

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

s/*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
(618) 628-3700 (office)
(618) 628-3730 (fax)
E-mail:   Angela.Scott@usdoj.gov

3