IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 15-30061-DRH |
| vs. ) | |
| ) | |
| ANTHONY JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The Defendant hereby agrees and stipulates that, if the case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On October 1, 2014, Defendant Anthony Johnson was an inmate at the Federal Correctional Institution at Greenville, Illinois, in Bond County, within the Southern District of Illinois.

2. On that same day, Defendant knowingly possessed approximately 1.1 grams of heroin.

3. Heroin is a prohibited object for a federal inmate to possess.

### SO STIPULTATED:

_____
ANTHONY JOHNSON
Defendant

_____
TODD M. SCHULTZ
Attorney for Defendant

Date: 06-23-15